Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Johnathan Wettlaufer

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN WETTLAUFER, <br>     Plaintiff, <br><br>   vs. <br><br> KILOLO KIJAKAZI, <br> Commissioner of Social Security, <br>     Defendant. | Case No.: 2:20-cv-07529-KK <br><br> ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND FIFTY SIX DOLLARS** ($3,056.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 8, 2021



_____
HON. KENLY KIYA KATO
United States Magistrate Judge